PER CURIAM.
AFFIRMED. Burdick v. State, 584 So.2d 1035 (Fla. 1st DCA 1991) (en banc). As in Burdick, we certify the following question to the Supreme Court as one of great public importance:
IS A FIRST DEGREE FELONY PUNISHABLE BY A TERM OF YEARS NOT EXCEEDING LIFE IMPRISONMENT SUBJECT TO AN ENHANCED SENTENCE OF LIFE IMPRISONMENT PURSUANT TO THE PROVISIONS OF THE HABITUAL FELONY OFFENDER STATUTE?
BOOTH, WOLF and KAHN, JJ., concur.